# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS,<br><br>                Plaintiff,<br><br>   v.<br><br>CDCR,<br><br>                Defendant. | **Case No. 1:17-cv-01599-SKO (PC)**<br><br>**ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED BECAUSE OF PLAINTIFF'S UNTRUE ALLEGATION OF POVERTY IN FILING FOR *IN FORMA PAUPERIS* STATUS**<br><br>**(Doc. 2)**<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

       Plaintiff, George Jacobs, is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983, which he filed on December 4, 2017. (Doc. 1.) Along with the Complaint, Plaintiff filed a motion to proceed *in forma pauperis*. (Doc. 2.) Upon review, Plaintiff's trust account reflects an increase from ten-thousand dollars ($10,000.00) to over thirty-six-thousand dollars ($36,000.00) in the months prior to the date that he filed this action.

       Proceeding "*in forma pauperis* is a privilege not a right." *Smart v. Heinze*, 347 F.2d 114, 116 (9th Cir. 1965). While a party need not be completely destitute to proceed *IFP*, *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339-40 (1948), "the same even-handed care must be employed to assure that federal funds are not squandered to underwrite, at public expense, either frivolous claims or the remonstrances of a suitor who is financially able, in whole or in material part, to pull his own oar." *Doe v. Educ. Enrichment Sys.*, No. 15cv2628-MMA (MDD), 2015 U.S. Dist. LEXIS 173063, *2 (S.D. Cal. Dec. 30, 2015) (citing *Temple v. Ellerthorpe*, 586 F.

1

Supp. 848, 850 (D.R.I. 1984)). "[T]he court shall dismiss the case at any time if the court determines the allegation of poverty is untrue." 28 U.S.C. § 1915(e)(2)(A). Plaintiff clearly was not impoverished when he filed this action and his motion to proceed *in forma pauperis*.

Accordingly, it is **HEREBY ORDERD** to that **within twenty-one (21) days** of the date of service of this order, Plaintiff shall show cause why his *in forma pauperis* status should not be denied and this action dismissed without prejudice to refiling with prepayment of the filing fee. Alternatively, Plaintiff may file a notice of voluntary dismissal.

IT IS SO ORDERED.

Dated: **December 8, 2017**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE