# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CDCR,<br><br>　　　　　Defendant. | 1:17-cv-01599-DAD-JLT (PC)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING PLAINTIFF'S FIRST MOTION TO EXTEND TIME TO FILE A FIRST AMENDED COMPLAINT**<br><br>**(Doc. 15, 16)**<br><br>**35-DAY DEADLINE** |

Recently, the Court ordered Plaintiff to show cause why the action should not be dismissed based on his failure to file an amended complaint. (Doc. 15.) Later that same day, Plaintiff filed a motion seeking a 35-day extension of time to file a first amended complaint in response to the First Screening Order. (Doc. 16.) Plaintiff shows good cause in his motion for an extension of time based on medical disability

Good cause appearing, the Court **ORDERS** that the order to show cause dated October 30, 2018, (Doc. 15), is DISCHARGED and Plaintiff is granted 35 days from the date of service of this order in which to file a first amended complaint.

IT IS SO ORDERED.

Dated: __November 1, 2018__　　　　　　　　__/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE