UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS,<br><br>               Plaintiff,<br><br>   v.<br><br>CDCR, et al.,<br><br>               Defendants. | Case No.: 1:17-cv-01599-DAD-JLT (PC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS**<br><br>(Doc. 26)<br><br>45-DAY DEADLINE |

On December 13, 2019, the Court issued findings and recommendations to dismiss this action. (Doc. 25.) Plaintiff requests at 45-day extension of time to file objections to the findings and recommendations. (Doc. 26.) Plaintiff states that he has submitted a request to access to the prison law library and is currently awaiting approval. (*See id.* at 2.) Good cause appearing, the Court GRANTS Plaintiff's motion *nunc pro tunc* and ORDERS Plaintiff to file any objections to the Court's findings and recommendations <u>within 45 days</u> from the date of service of this order.

IT IS SO ORDERED.

    Dated: **January 7, 2020**                         **/s/ Jennifer L. Thurston**
                                                                                UNITED STATES MAGISTRATE JUDGE