UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CDCR, et al.,<br><br>　　　　　Defendants. | Case No. 1:17-cv-01599-DAD-JLT (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL AS MOOT**<br><br>(Doc. 34) |

　　　On April 22, 2020, District Judge Dale A. Drozd adopted the undersigned's findings and recommendations to dismiss this action. (Doc. 32.) Plaintiff now moves for the appointment of counsel. (Doc. 34.) Because judgment has already been entered and this case has been closed (Doc. 33), the Court DENIES Plaintiff's motion as moot.

IT IS SO ORDERED.

　　　Dated:　**April 28, 2020**　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE